IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES GEORGE | : | |
| Plaintiff | : | CIVIL ACTION |
| vs. | : | |
| | : | NO. 08-CV-03893 |
| WILBUR CHOCOLATE CO., INC. | : | |
| Defendant | : | |

## ORDER

AND NOW, this 28th day of April, 2010, it is hereby ORDERED that Defendant Wilbur Chocolate Co., Inc's Motion for Summary Judgment (Doc. No. 23) is GRANTED.

It is further ORDERED that:

1. Judgment is entered in favor of Defendant Wilbur Chocolate Co., Inc. and against Plaintiff Charles George; and,

2. The Clerk is DIRECTED to CLOSE the case for statistical purposes.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.